FILED: June 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1034
(8:19-cv-00564-PWG)

_____

ANGELO LAMONT JACKSON

    Plaintiff - Appellant

v.

MICHAEL CARIN, Officer

    Defendant - Appellee

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 40. The court denies the petition for rehearing en banc.

    For the Court

    /s/ Nwamaka Anowi, Clerk